NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JARON SKIPPER,                           )
                                         )
          Appellant,                     )
                                         )
v.                                       )  Case No.  2D18-974
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____  )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Polk County; Wayne Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Joseph N. D'Achille, Jr., Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, MORRIS, and SLEET, JJ., Concur.